| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) BARKER, SARAH E. | 2. Court or Organization US District Court Indiana Southern District | 3. Date of Report 06/13/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ACTIVE ARTICLE III | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐   Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

7. Chambers or Office Address

46 EAST OHIO STREET, ROOM 210, INDIANAPOLIS, IN 46204

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Executive Board, 1986-present | The Gathering |
| 2. | Member, Board of Advisors, 1989-present | Indiana University--Purdue University at Indianapolis |
| 3. | Director, 1996-present | Indiana University Health (nonprofit). Formerly Methodist Health Group; formerly Clarian Health Partners. |
| 4. | Member, 1996-present | Indiana University--Distinguished Alumni Service Association |
| 5. | Director/Officer, 2001-2013 | Federal Judges Association |
| 6. | Member, 2002-present | Indiana Academy |
| 7. | Trustee, Board of Trustees, 2003-2013 | Indiana Historical Society |
| 8. | Member, Board of Advisors, 2005-2013 | Spirit and Place, Community Festival |
| 9. | Director, 2010-present | Spencer Williams Foundation |
| 10. | Commissioner, Indiana Bicentennial Commission, 2011-present | State of Indiana, Office of the Lt. Governor |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BARKER, SARAH E. | 06/13/2014 |

2. _____

3. _____

| Name of Person Reporting | Date of Report |
|---|---|
| BARKER, SARAH E. | 06/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | IU Health Morgan Hospital -- Nonemployee compensation |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | February 21-23, 2013 | Dallas, TX | Strategic planning meeting | Transportation, lodging, and meals |
| 2. | Federal Judges Association | April 23-24, 2013 | Washington, DC | Board of directors meeting | Transportation, lodging, and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BARKER, SARAH E.** | 06/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Larry Rudolech | Painting gifted by artist in connection with other painting purchase. | $400.00 |
| 2. | Susman Godfrey, LLP | Pro bono legal services from 11/2012-12/2013. | $26,658.91 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BARKER, SARAH E. | 06/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Indianapolis Post Office Credit Union, Account | B | Interest | L | T | | | | | |
| 2. JP Morgan Chase Bank | A | Interest | K | T | | | | | |
| 3. BlackRock Global Allocation Fund (Mutual Fund)(IRA #1) | A | Dividend | L | T | Sold (part) | 08/29/13 | J | A | |
| 4. FIA Card Services NA RASP (IRA #1, cash eq) | A | Interest | J | T | | | | | |
| 5. CISCO Systems, Inc., Common Stock | A | Dividend | | | Sold | 10/30/13 | J | A | |
| 6. JP Morgan Chase Bank | A | Interest | K | T | | | | | |
| 7. Hartford Whole Life | | None | J | T | | | | | |
| 8. General Electric Common Stock | A | Dividend | | | Sold | 10/30/13 | J | A | |
| 9. Ivy Global Natural Resources A (Mutual Fund) (IRA #2) | | None | J | T | | | | | |
| 10. Ivy International Core Equity A (Mutual Fund) (IRA #2) | A | Dividend | K | T | | | | | |
| 11. Waddell & Reed Advisors Core Inv A (Mut Fund) (IRA #2) | C | Dividend | K | T | | | | | |
| 12. Waddell & Reed Advisors Science/ Technology A (MF)(IRA #2) | B | Dividend | K | T | | | | | |
| 13. Waddell & Reed Advisors High Income A (MutualFund) (IRA #2) | B | Dividend | K | T | | | | | |
| 14. Ivy Real Estate Securities A (Mutual Fund) (IRA #2) | A | Dividend | J | T | | | | | |
| 15. Waddell & Reed Advisors Small Cap A (Mutual Fund) (IRA #2) | C | Dividend | K | T | | | | | |
| 16. Waddell & Reed Advisors Asset Strategy A (Mut Fund) (IRA#2) | B | Dividend | K | T | | | | | |
| 17. Waddell & Reed Advisors New Concepts A (Mut Fund) (IRA#2) | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BARKER, SARAH E. | 06/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ivy Limited-Term Bond A (Mutual Fund) (IRA #2) | A | Dividend | K | T | Sold (part) | 09/03/13 | J | | |
| 19. American Balanced Fund CL A (Mutual Fund)(IRA#1) | A | Dividend | K | T | | | | | |
| 20. BlackRock Low Duration Bond Fund CL A (Mutual Fund)(IRA#1) | A | Dividend | J | T | | | | | |
| 21. BlackRock Large Cap Core Fund A (Mutual Fund)(IRA#1) | A | Dividend | J | T | | | | | |
| 22. Franklin Templeton Balanced Fund (FBMCX)(Mutual Fund) | B | Dividend | K | T | | | | | |
| 23. Waddell & Reed Advisors Accumulative A (Mutual Fund) | A | Dividend | J | T | Buy | 09/03/13 | J | | |
| 24. | | | | | Buy (add'l) | 09/05/13 | J | | |
| 25. Waddell & Reed Advisors Cash Management A (Mutual Fund) | A | Dividend | J | T | Buy | 09/03/13 | J | | |
| 26. BlackRock Global Allocation Fund (MDLOX) (Mutual Fund) | A | Dividend | J | T | Buy | 10/30/13 | J | | See note at Part VIII. |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BARKER, SARAH E. | 06/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V. Gifts, Line (2): I was one of seven named plaintiffs in Barker, et al. v. United States, Case No. 1:12-cv-00826 (Fed.Cl.), brought to challenge the denial of Article III judges' cost-of-living adjustments (COLAs) over multiple years. Attorneys fees and costs were expended between November 2012 through December 31, 2013 in the total amount of $186,612.35 on a pro bono basis by the law firm of Susman Godfrey, LLP, 1201 Third Avenue, Suite 3800, Seattle, WA 98101, who served as plaintiffs' counsel without compensation or reimbursement from me or the other plaintiffs. The litigation has not been finalized at this point, so additional legal services are anticipated in 2014.

Part VII. Investments and Trusts, Line (26): The BlackRock Global Allocation Fund listed at line 26 was purchased for and is held in a non-IRA account. It is, however, the same fund entity which is listed at Line 3, except that the Line 3 asset is held in an IRA. If the two holdings were combined, their combined value code would be "L," and their combined income code would be "A."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SARAH E. BARKER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544